# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** Roberto Roca, et. al. | **COURT CASE NUMBER** 19-cv-1044 DRD |
| **DEFENDANT** LM Waste Services Corp., et. al. | **TYPE OF PROCESS** WRIT of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Pariter Wealth Management Group, LLC

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
No. 243, PR-Carr.#2, Villa Caparra, Guaynabo PR   (787-781-2555)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Andres Saez-Marrero, Esq.
Sepulvado, Maldonado & Couret
304 Ponce de León Avenue, Suite 990
San Juan, PR 00918

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 787-765-5656
DATE: JAN 1 0 2023

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 09
District to Serve: No. 09
Signature of Authorized USMS Deputy or Clerk
Date: 1/10/2023

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Senise Nieves - Law Clerk

Date: 5/01/23   Time: 16:40   ☐ am  ☒ pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS:

Form USM-285
Rev. 03/21